IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| JESSIE C. RIDLEY and | § | |
| DENISE RIDLEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. G-09-057 |
| | § | |
| ALLSTATE TEXAS LLOYDS, ET AL. | § | |

**O R D E R**

On February 25, 2010, this Court conducted a Hearing on pending discovery disputes in the above-styled and numbered cause. The Court, having considered the Parties' submissions and the arguments of counsel is of the opinion that the following Orders are appropriate.

It is **ORDERED** that counsel of record **SHALL** meet, confer and make a genuine effort to resolve their discovery disputes and to determine 1) what the Plaintiffs are actually still seeking that is necessary for adequate trial preparation, 2) what the Defendants are reasonably capable of producing that is responsive to Plaintiffs' requests and 3) what specific genuine discovery issues cannot be resolved without judicial intervention. See Cotracom Commodity Trading Co. v. Seaboard Corp., 189 F.R.D. 456, 459 (D. Kan. 1999)

It is further **ORDERED** that the Parties **SHALL**, during their meeting, discuss mutually acceptable dates for proposed deposition.

It is further **ORDERED** that the Parties **SHALL** appear before this Court, if necessary, on **Friday, March 5, 2010, at 11:00 a.m.**, to discuss those discovery disputes, if any, that have not been resolved; if the Hearing is needed, the Parties **SHALL**, on or before **5:00 p.m. on Thursday, March 4, 2010**, submit to this Court a brief description of their remaining disputes.

**DONE** at Galveston, Texas, this _____25th_____ day of February, 2010.

_____
John R. Froeschner
United States Magistrate Judge